# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 16, 2009

Marilyn Kelly,
Chief Justice

138777

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

SONJIA JEANNETTE JOHNSON,
      Defendant-Appellee.

SC: 138777
COA: 282231
Wayne CC: 07-010154-FH

_____/

      On order of the Court, the application for leave to appeal the March 17, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 16, 2009

_____
Clerk

l0909